## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edith Carmen  Burga aka Edith Burga       CHAPTER 13
aka Edith C. Burga

          Debtor(s)       BKY. NO. 26-12535 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
17 Jun 2026, 20:23:34, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: fe0180882b5b41824454ba924ba36ea94219167ad0c39d15faaf9075099d2e79